JOSEPH SCHLESINGER, #87692
Acting Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SAMUEL JOSEPH GUEYDAN III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:12-cr-0402 AWI / BAM |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE SECOND STATUS CONFERENCE ; |
| v. | ) ) | ORDER |
| SAMUEL JOSEPH GUEYDAN III, | ) ) | |
| Defendant. | ) ) ) ) | Date: May 13, 2013<br>Time: 1:00 p.m.<br>Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Brian Enos, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Samuel Joseph Gueydan III, that the hearing currently set for April 22, 2013 at 1:00 p.m. before Judge McAuliffe, **may be rescheduled to May 13, 2013 at 1:00 p.m.**

The government has provided a plea agreement on this case. The requested continuance is necessary to allow time for plea discussions. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

Dated: March 25, 2013  /s/ Brian Enos
BRIAN ENOS
Assistant United States Attorney
Attorney for Plaintiff

JOSEPH SCHLESINGER
Acting Federal Defender

Dated: March 25, 2013  /s/ Peggy Sasso
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
SAMUEL JOSEPH GUEYDAN III

**ORDER**

IT IS SO ORDERED.

**Dated:  March 25, 2013**  /s/ **Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE