HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SAMUEL JOSEPH GUEYDAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:12-cr-00402 AWI / BAM |
| Plaintiff, | STIPULATION TO CONTINUE SECOND STATUS CONFERENCE ; ORDER |
| v. | |
| SAMUEL JOSEPH GUEYDAN, | Date: June 10, 2013 |
| Defendant. | Time: 1:00 p.m. |
| | Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Brian W. Enos, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Samuel Joseph Gueydan, that the hearing currently set for May 13, 2013 at 1:00 p.m. before Judge McAuliffe, **may be rescheduled to June 10, 2013 at 1:00 p.m.**

The parties are engaged in substantive plea negotiations. The requested continuance is necessary to allow time for parties to continue said negotiations. It is expected that this case will be resolved through negotiation. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

Dated: May 8, 2013
*/s/ Brian W. Enos*
BRIAN W. ENOS
Assistant United States Attorney
Attorney for Plaintiff

JOSEPH SCHLESINGER
Acting Federal Defender

Dated: May 8, 2013
*/s/ Peggy Sasso*
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
SAMUEL JOSEPH GUEYDAN

**ORDER**

IT IS SO ORDERED.

Dated: **May 8, 2013**      **/s/ Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE