```
HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SAMUEL JOSEPH GUEYDAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SAMUEL JOSEPH GUEYDAN, <br><br> Defendant. | No. 1:12-cr-0402 AWI / BAM <br><br> STIPULATION TO CONTINUE SECOND STATUS CONFERENCE; CHANGE OF PLEA ORDER <br><br> Date: July 8, 2013 <br> Time: 1:00 p.m. <br> Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Brian W. Enos, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Samuel Joseph Gueydan, that the hearing currently set for June 10, 2013 at 1:00 p.m. before Judge McAuliffe, **may be rescheduled to July 8, 2013 at 10:00 a.m. for change of plea before Judge Ishii.**

It is expected that this case will be resolved through negotiation. The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

|   |   |   |
|---|---|---|
| 1 |   | BENJAMIN B. WAGNER |
| 2 |   | United States Attorney |
| 3 | Dated: June 5, 2013 | */s/ Brian W. Enos* |
| 4 |   | BRIAN W. ENOS<br>Assistant United States Attorney |
| 5 |   | Attorney for Plaintiff |
| 6 |   | HEATHER E. WILLIAMS |
| 7 |   | Federal Defender |
| 8 | Dated: June 5, 2013 | */s/ Peggy Sasso* |
| 9 |   | PEGGY SASSO<br>Assistant Federal Defender |
| 10 |   | Attorney for Defendant<br>SAMUEL JOSEPH GUEYDAN |

**ORDER**

IT IS SO ORDERED.

Dated: June 5, 2013

SENIOR DISTRICT JUDGE

Gueydan: Stipulation to Continue Status Conference;
Change of Plea Hearing; [Proposed] Order