```
BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant U.S. Attorney
4401 Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for
  the United States of America
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:12-CR-00402-AWI-BAM |
| Plaintiff, | ) FINAL ORDER OF FORFEITURE |
| v. | ) |
| SAMUEL JOSEPH GUEYDAN III, | ) |
| Defendant. | ) |

WHEREAS, on July 19, 2013, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Samuel Joseph Gueydan III in the following property:

a. Seagate External Hard Drive encased with Futura brand hard drive cover, seized from defendant by law enforcement on or about November 1, 2012;

b. Maxtor Internal Hard Drive, seized from defendant by law enforcement on or about November 1, 2012;

c. Seagate FreeAgent external hard drive, seized from defendant by law enforcement on or about November 1, 2012; and

d. Computers, compact discs, hard drives, or other storage devices containing visual depictions of minors engaged in sexually explicit conduct and seized from defendant by law enforcement on or about November 1, 2012.

AND WHEREAS, beginning on August 9, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Samuel Joseph Gueydan III.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: October 29, 2013

_____
SENIOR DISTRICT JUDGE